IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DERON BRUNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br><br><br>Case No. 2:09-CV-436 TS |

Defendant American Home Mortgage Servicing moves for a two-week extension of time to respond to the Complaint on the grounds that counsel received a copy of the Complaint on May 5, 2009. Plaintiff opposes an extension of time. The Court finds that at this early stage of this case, a brief two-week extension of time to respond to the Complaint will not prejudice Plaintiff and will not unduly delay the case. It is therefore

1

ORDERED that American Home Mortgage Servicing's Motion for Extension of Time (Docket No. 3) is GRANTED and Defendant shall have until May 27, 2009 to file its response to Plaintiff's Verified Complaint.

DATED   May 20, 2009.

                              BY THE COURT:

                              _____
                              TED STEWART
                              United States District Judge